1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    TIMOTHY BAYLIS,                          No. CIV S-11-2868-CMK-P

12                    Plaintiff,

13          vs.                                 <u>ORDER</u>

14    S. ALI,

15                    Defendant.

16    _____/

17          To:    The California Department of Corrections and Rehabilitation
                   1515 S Street, Sacramento, California 95814:
18

19                 Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

20    pay the full statutory filing fee of $350.00 for this action.  In addition to any initial partial filing

21    fee that has been assessed, plaintiff will be obligated to make monthly payments in the amount of

22    twenty percent of the preceding month's income credited to plaintiff's inmate trust account.  The

23    agency referenced above is required to send to the Clerk of the Court the initial partial filing fee

24    and thereafter payments from plaintiff's inmate trust account each time the amount in the account

25    exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  <u>See</u> 28 U.S.C.

26    § 1915(b)(2).

                                            1

Good cause appearing therefor, IT IS HEREBY ORDERED that:

1.     The director of the agency referenced above, or a designee, shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment to be clearly identified by the name and number assigned to this action;

2.     Thereafter, the director of the agency referenced above, or a designee, shall collect from plaintiff's prison trust account the balance of the filing fee by collecting monthly payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's inmate trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such payments to be clearly identified by the name and number assigned to this action;

3.     The Clerk of the Court is directed to serve a copy of this order, a copy of the court's order granting in forma pauperis status, and a copy of plaintiff's signed in forma pauperis affidavit to the address shown above; and

4.     The Clerk of the Court is further directed to serve a copy of this order on the Financial Department of the court.


DATED:  December 16, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE