# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BAYLIS, | No. 2:11-cv-2868-CMK-P |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| S. ALI, | |
|     Defendant. | |
|                               / | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 randomly assign a District Judge to this case and to update the docket to reflect the new case
3 number.

5  DATED: October 25, 2013

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE